# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| SHAWN WASHINKO, | CASE NO. 13CV1601 JLS (JMA) |
|---|---|
| Plaintiff, | **ORDER GRANTING JOINT MOTION FOR DISMISSAL OF ACTION WITH PREJUDICE** |
| vs. | |
| MIDLAND FUNDING, LLC; MIDLAND CREDIT MANAGEMENT, INC.; and ENCORE CAPITAL GROUP, INC., | (ECF No. 13) |
| Defendants. | |

Presently before the Court is the parties' Joint Motion for Dismissal of Action with Prejudice. (ECF No. 13). Good cause appearing, the Court **GRANTS** the motion. This action is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED.**

DATED: November 25, 2013

*Janis L. Sammartino*
Honorable Janis L. Sammartino
United States District Judge